UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06195-JFW (GJS) | Date | July 29, 2020 |
|---|---|---|---|
| Title | Alberto Anguiano v. United States of America, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| | None present | None present |

**Proceedings:**   (IN CHAMBERS)  Order To Show Cause re: Dismissal

On July 9, 2020, Petitioner filed a 28 U.S.C. § 2241 habeas petition in this District [Dkt. 1, "Petition"].  Petitioner alleges that he contracted COVID-19 at his present institution (FCI-Lompoc), has been denied proper medical care and is at medical risk, and should be ordered to be released from FCI-Lompoc.  The Court ordered that the Petition be served on Respondent Warden and that expedited briefing occur.

In response to the Petition, on July 24, 2020, Respondent has filed a Motion to Dismiss [Dkt. 4, "Motion"].  The Court has considered the Motion carefully and concludes that at least some of the grounds raised warrant the dismissal of this case without prejudice.  Most significantly, the Court agrees that in light of United States District Judge Consuelo B. Marshall's July 14, 2020 Order in *Torres v. Milusnic*, No. CV 20-4450-CBM (PVCx), Plaintiff is precluded from pursuing his individual claims alleged in the instant Petition through this separate case, because he is a member of the class provisionally certified in *Torres* and his claims are subsumed within the scope of the *Torres* class action.  *See Crawford v. Bell*, 599 F.2d 890, 892-93 (9th Cir. 1979).

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not recommend that the Motion be dismissed without prejudice to any relief that may be available to Petitioner as a member of the *Torres* class.  **By no later than August 17, 2020**, Petitioner shall file a Response to this Order to Show Cause, in which he must

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06195-JFW (GJS) | Date | July 29, 2020 |
|---|---|---|---|
| Title | Alberto Anguiano v. United States of America, et al. | | |

advise whether he concedes that dismissal without prejudice on this basis if appropriate or objects to such dismissal. If the latter, Petitioner must explain why he is permitted to pursue this case in light of his *Torres* class membership and also must set forth in the Response any other arguments he wishes to make in opposition or response to the other grounds for dismissal asserted in the Motion. Alternatively, if Petitioner concedes that dismissal of this case without prejudice is warranted, he may file a request to voluntarily dismiss this case without prejudice. The Clerk's Office shall attach to this Order a copy of Form CV-09 (Notice of Dismissal), which Petitioner may fill out and file to dismiss this case.

**IT IS SO ORDERED.**