JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERO ANGUIANO,<br><br>　　　　　Petitioner<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-06195-JFW (GJS)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Granting Motion And Dismissing Petition For Writ Of Habeas Corpus Without Prejudice,

　　　　IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  August 17, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE